for the First National Bank of Chicago, respondent in No. 789.

No. 775. GENERAL STEEL CASTINGS CORP. ET AL. *v.* KROESE. C. A. 3d Cir. Certiorari denied. MR. JUSTICE MINTON took no part in the consideration or decision of this application. *Robert P. Patterson* and *William Clarke Mason* for petitioners. *Morris L. Forer* for respondent.

No. 778. MADSEN *v.* JOHNSON, SECRETARY OF DEFENSE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Dayton M. Harrington* and *Joseph S. Robinson* for petitioner. *Solicitor General Perlman* for respondents.

No. 780. DRURY *v.* HURLEY ET AL., CIVIL SERVICE COMMISSIONERS OF CHICAGO; and
No. 781. CONNELLY *v.* HURLEY ET AL., CIVIL SERVICE COMMISSIONERS OF CHICAGO. Appellate Court for the First District of Illinois. Certiorari denied. *Ode L. Rankin* for petitioners. *L. Louis Karton* and *Sydney R. Drebin* for respondents.

No. 788. EICHENLAUB *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *George G. Shiya* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Israel Convisser* for the United States.